1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )
                                        )  13mc00009-AWI
12           Plaintiff,                 )  **STIPULATION AND ORDER**
                                        )  **EXTENDING THE UNITED STATES'**
13      v.                              )  **TIME TO FILE A COMPLAINT FOR**
                                        )  **FORFEITURE AND/OR TO OBTAIN**
14  APPROXIMATELY $70,563.22            )  **AN INDICTMENT ALLEGING**
    IN U.S. CURRENCY SEIZED FROM        )  **FORFEITURE**
15  MISSION BANK ACCOUNT                )
    NUMBER 3000288,                     )
16                                      )
             Defendant.                 )
17  _____ )

18        It is hereby stipulated by and between the United States of America and

19  Claimants James H. Park and Helen Park, ("Claimants"), by and through their

20  respective attorneys, as follows:

21        1.    On or about January 3, 2012, Claimants filed a claim with the Internal

22  Revenue Service Criminal Investigations with respect to the above-referenced

23  approximately $70,563.22  in U.S. Currency seized from Mission Bank account

24  number 3000288 (the "funds") which was seized on or about November 7, 2012.

25        2.    The Internal Revenue Service Criminal Investigations has sent

26  written notice of intent to forfeit as required by 18 U.S.C. § 983 to all known

27  interested parties.  The time has expired for any person to file a claim to the funds

28  under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants have

1 | filed a claim to the funds in the administrative forfeiture proceeding.

2 |       3.       Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a

3 | complaint for forfeiture against the funds and/or to obtain an indictment alleging

4 | that the funds are subject to forfeiture within 90 days after a claim has been filed in

5 | the administrative forfeiture proceedings, unless the court extends the deadline for

6 | good cause shown or by agreement of the parties.  At present the United States'

7 | deadline to file a complaint for forfeiture against the funds and/or to obtain an

8 | indictment alleging that the funds are subject to forfeiture is April 3, 2013.

9 |       4.       As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement

10 | to extend to April 24, 2013, the time in which the United States is required to file a

11 | civil complaint for forfeiture against the funds and/or to obtain an indictment

12 | alleging that the funds are subject to forfeiture.

13 |       5.       Accordingly, the parties agree that the deadline by which the United

14 | States shall be required to file a complaint for forfeiture against the funds and/or to

15 | obtain an indictment alleging that the funds are subject to forfeiture shall be

16 | extended to April 24, 2013.

17

18 | Dated: April 3 , 2013                         BENJAMIN B. WAGNER
   |                                                       United States Attorney

19

20 |                                                       /s/ Heather Mardel Jones
   |                                                       HEATHER MARDEL JONES
   |                                                       Assistant United States Attorney

21

22 | Dated: April  3 , 2013                         /s/ Ellis Park
   |                                                       ELLIS PARK
23 |                                                       Attorney for Claimants
   |                                                       James H. Park and Helen Park

24

25

26 | IT IS SO ORDERED.

27 | Dated:    April 4, 2013
   |                                                       _____
   |                                                       SENIOR  DISTRICT  JUDGE

28