1   BENJAMIN B. WAGNER
    United States Attorney
2   HEATHER MARDEL JONES
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, California 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5

6   Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   13mc00009-AWI
12                Plaintiff,                )   **STIPULATION AND ORDER**
                                           )   **EXTENDING THE UNITED STATES'**
13         v.                              )   **TIME TO FILE A COMPLAINT FOR**
                                           )   **FORFEITURE AND/OR TO OBTAIN**
14  APPROXIMATELY $70,563.22               )   **AN INDICTMENT ALLEGING**
    IN U.S. CURRENCY SEIZED FROM           )   **FORFEITURE**
15  MISSION BANK ACCOUNT                   )
    NUMBER 3000288,                        )
16                                         )
                  Defendant.               )
17  _____ )

18        It is hereby stipulated by and between the United States of America and

19  Claimants James H. Park and Helen Park, ("Claimants"), by and through their

20  respective attorneys, as follows:

21        1.     On or about January 3, 2012, Claimants filed a claim with the Internal

22  Revenue Service Criminal Investigations with respect to the above-referenced

23  approximately $70,563.22  in U.S. Currency seized from Mission Bank account

24  number 3000288 (the "funds") which was seized on or about November 7, 2012.

25        2.     The Internal Revenue Service Criminal Investigations has sent

26  written notice of intent to forfeit as required by 18 U.S.C. § 983 to all known

27  interested parties.  The time has expired for any person to file a claim to the funds

28  under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants have

filed a claim to the funds in the administrative forfeiture proceeding.

3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the funds and/or to obtain an indictment alleging that the funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  At present the United States' deadline to file a complaint for forfeiture against the funds and/or to obtain an indictment alleging that the funds are subject to forfeiture is April 3, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 24, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the funds and/or to obtain an indictment alleging that the funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the funds and/or to obtain an indictment alleging that the funds are subject to forfeiture shall be extended to April 24, 2013.

Dated: April 3 , 2013                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Heather Mardel Jones
                                         HEATHER MARDEL JONES
                                         Assistant United States Attorney


Dated: April  3 , 2013                    /s/ Ellis Park
                                         ELLIS PARK
                                         Attorney for Claimants
                                         James H. Park and Helen Park



IT IS SO ORDERED.

Dated:    April 4, 2013
                                         _____
                                         SENIOR  DISTRICT  JUDGE